Charles M. Walker
U.S. Bankruptcy Judge
Dated: 4/16/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

JENEAL SUZANNE WHITMORE           CASE NO: 1:16-bk-08220
                                                                             CHAPTER 13
        Debtor.                                  JUDGE CHARLES M. WALKER

## ORDER MODIFYING PLAN
## TO TEMPORARILY SUSPEND DEBTOR'S CHAPTER 13 PLAN PAYMENTS
## FOR A PERIOD OF 2 MONTHS

Upon consideration of the Motion to Suspend Chapter 13 Plan Payments, it appears to the Court that notice of said motion pursuant to LBR 9013 has been given. It further appears to the Court no objections, responses or otherwise have been filed within the twenty-one (21) day response period. It is therefore:

ORDERED, that the Debtor's Chapter 13 plan payments be suspended for a period of two (2) months beginning upon entry of this order. It is further

ORDERED, that the Chapter 13 Trustee shall refund any funds received to the Debtor during the period of suspension. It is further

ORDERED, that after the period of suspension, plan payments increase to $1,378.00 bi-weekly.

ORDERED, that the guaranteed minimum dividend to allowed unsecured claims remains at 100%.

ORDERED, that it is the obligation of the Debtor to make all future payments after the expiration of this temporary suspension in accordance with the confirmed Chapter 13 plan and that should the Debtor fail to make any payment as required, this case will be dismissed upon filing of notice by the Trustee, without further hearing. It is further

ORDERED, that the Debtor shall continue to forward all tax refunds received during their case and subsequent to this order to the trustee for application to the plan.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

Approved For Entry By:

*/s/Alise Housden*
Alise Housden (TN BPR #034282)
Long, Burnett & Johnson, PLLC
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
ecfmail@tennessee-bankruptcy.com
*Attorney for Debtor*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.